UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

-v.-

GONZALO SALAZAR OLIVEROS,
   a/k/a "Horacio,"
FERNANDO BEDOYA LOZANO,
   a/k/a "Viejo,"
   a/k/a "Don F,"
   a/k/a "Gordo,"
MARITZA CARDENAS DIAZ,
   a/k/a "La Negra,"
   a/k/a "La India,"
   a/k/a "Jenny,"
DIEGO FERNANDO OROZCO MENDEZ,
   a/k/a "El Doctor,"
JOSE SMITH BURBANO,
   a/k/a "Pajaro,"
NANCY DURANGO,
   a/k/a "La Tia,"
FERNANDO DELGADO,
   a/k/a "Caspa,"
   a/k/a "Casita," and
JAIME ALBERTO PARRA MUÑOZ,
   a/k/a "Video,"
   a/k/a "Platano,"

                    Defendants.

- - - - - - - - - - - - - - - - x

: SEALED
: INDICTMENT
:
: 05 Cr. ___
:
:
:
:
:
:
:
:
:
:
:
:

**05 CRIM. 1069**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 3 2005

JUDGE LYNCH

COUNT ONE

The Grand Jury charges:

1.  From in or about April 2005, up to and including in or about September 2005, in the Southern District of New York and elsewhere, GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," FERNANDO BEDOYA LOZANO, a/k/a "Don F," a/k/a "Gordo,"

MARITZA CARDENAS DIAZ, a/k/a "La Negra," a/k/a "La India," a/k/a "Jenny," DIEGO FERNANDEZ OROZCO MENDEZ, a/k/a "El Doctor," JOSE SMITH BURBANO, a/k/a "Pajaro," NANCY DURANGO, a/k/a "La Tia," FERNANDO DELGADO, a/k/a "Caspa," a/k/a "Casita," and JAIME ALBERTO PARRA MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," FERNANDO BEDOYA LOZANO, a/k/a "Don F," a/k/a "Gordo," MARITZA CARDENAS DIAZ, a/k/a "La Negra," a/k/a "La India," a/k/a "Jenny," DIEGO FERNANDEZ OROZCO MENDEZ, a/k/a "El Doctor," JOSE SMITH BURBANO, a/k/a "Pajaro," NANCY DURANGO, a/k/a "La Tia," FERNANDO DELGADO, a/k/a "Caspa," a/k/a "Casita," and JAIME ALBERTO PARRA MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendants, and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 952(a) and 960(a)(1) and 960(b)(1)(B)(ii) of Title 21, United States Code.

3.   It was further a part and an object of said

2

conspiracy that GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," FERNANDO BEDOYA LOZANO, a/k/a "Don F," a/k/a "Gordo," MARITZA CARDENAS DIAZ, a/k/a "La Negra," a/k/a "La India," a/k/a "Jenny," DIEGO FERNANDEZ OROZCO MENDEZ, a/k/a "El Doctor," JOSE SMITH BURBANO, a/k/a "Pajaro," NANCY DURANGO, a/k/a "La Tia," FERNANDO DELGADO, a/k/a "Caspa," a/k/a "Casita," and JAIME ALBERTO PARRA MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendants, and others known and unknown, would and did distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, knowing and intending that such substance would be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast of the United States, in violation of Sections 812, 959(a), and 960(b)(1)(B)(ii) of Title 21, United States Code.

Overt Acts

4. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about May 25, 2005, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately 2 kilograms of heroin in Cali, Colombia.

b. On or about July 14, 2005, JAIME ALBERTO PARRA

3

4

MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendant, called a co-conspirator not named as a defendant herein ("CC-2") at CC-2's cellular telephone, in Queens, New York.

c.   On or about July 15, 2005, CC-2 spoke to GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," the defendant, over the telephone.

d.   On or about July 20, 2005, two co-conspirators not named as defendants herein ("CC-3" and "CC-4") possessed approximately six kilograms of heroin in Colombia.

e.   On or about July 27, 2005, GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," the defendant, and a co-conspirator not named as a defendant herein ("CC-5"), spoke over the telephone in Colombia.

f.   On or about July 27, 2005, GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," and DIEGO FERNANDO OROZCO MENDEZ, a/k/a "El Doctor," spoke over the telephone in Colombia.

g.   On or about July 29, 2005, NANCY DURANGO, a/k/a "La Tia," and JOSE SMITH BURBANO, a/k/a "Pajaro," the defendants, spoke over the telephone in Colombia about CC-5.

h.   On or about July 30, 2005, CC-5 traveled from Colombia to John F. Kennedy International Airport in Queens, New York, in possession of approximately 2.9 kilograms of heroin.

i.   On or about August 6, 2005, FERNANDO DELGADO,

a/k/a "Caspa," a/k/a "Casita," spoke to a co-conspirator not named as a defendant herein ("CC-6").

j.   On or about August 16, 2005, CC-6 traveled from Queens, New York to Manhattan, New York, to deliver drug proceeds.

(Title 21, United States Code, Section 963.)

COUNT TWO

The Grand Jury further charges:

5.   From in or about April 2005 up to and including in or about September 2005, in the Southern District of New York and elsewhere, GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," FERNANDO BEDOYA LOZANO, a/k/a "Don F," a/k/a "Gordo," MARITZA CARDENAS DIAZ, a/k/a "La Negra," a/k/a "La India," a/k/a "Jenny," DIEGO FERNANDEZ OROZCO MENDEZ, a/k/a "El Doctor," JOSE SMITH BURBANO, a/k/a "Pajaro," NANCY DURANGO, a/k/a "La Tia," FERNANDO DELGADO, a/k/a "Caspa," a/k/a "Casita," and JAIME ALBERTO PARRA MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

6.   It was a part and an object of the conspiracy that GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo,"

5

FERNANDO BEDOYA LOZANO, a/k/a "Don F," a/k/a "Gordo," MARITZA CARDENAS DIAZ, a/k/a "La Negra," a/k/a "La India," a/k/a "Jenny," DIEGO FERNANDEZ OROZCO MENDEZ, a/k/a "El Doctor," JOSE SMITH BURBANO, a/k/a "Pajaro," NANCY DURANGO, a/k/a "La Tia," FERNANDO DELGADO, a/k/a "Gaspa," a/k/a "Casita," and JAIME ALBERTO PARRA MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

Overt Acts

7.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about May 25, 2005, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately 2 kilograms of heroin in Cali, Colombia.

b.    On or about July 14, 2005, JAIME ALBERTO PARRA MUÑOZ, a/k/a "Video," a/k/a "Platano," the defendant, called a co-conspirator not named as a defendant herein ("CC-2") at CC-2's cellular telephone, in Queens, New York.

c.    On or about July 15, 2005, CC-2 spoke to

6

GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," the defendant, over the telephone.

d. On or about July 20, 2005, two co-conspirators not named as defendants herein ("CC-3" and "CC-4") possessed approximately six kilograms of heroin in Colombia.

e. On or about July 27, 2005, GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," the defendant, and a co-conspirator not named as a defendant herein ("CC-5"), spoke over the telephone in Colombia.

f. On or about July 27, 2005, GONZALO SALAZAR OLIVEROS, a/k/a "Horacio," a/k/a "Viejo," and DIEGO FERNANDO OROZCO MENDEZ, a/k/a "El Doctor," spoke over the telephone in Colombia.

g. On or about July 29, 2005, NANCY DURANGO, a/k/a "La Tia," and JOSE SMITH BURBANO, a/k/a "Pajaro," the defendants, spoke over the telephone in Colombia about CC-5.

h. On or about July 30, 2005, CC-5 traveled from Colombia to John F. Kennedy International Airport in Queens, New York, in possession of approximately 2.9 kilograms of heroin.

i. On or about August 6, 2005, FERNANDO DELGADO, a/k/a "Caspa," a/k/a "Casita," spoke to a co-conspirator not named as a defendant herein ("CC-6").

7

j. On or about August 16, 2005, CC-6 traveled from Queens, New York to Manhattan, New York, to deliver drug proceeds.

(Title 21, United States Code, Section 846.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

GONZALO SALAZAR OLIVEROS,
FERNANDO BEDOYA LOZANO,
MARITZA CARDENAS DIAZ,
DIEGO FERNANDO OROZCO MENDEZ,
JOSE SMITH BURBANO,
NANCY DURANGO,
FERNANDO DELGADO,
JAIME ALBERTO PARRA MUÑOZ,

Defendants.

---

INDICTMENT

05 Cr.

(Title 21, United States Code,
Sections 963 and 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

15 Oct 05