

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-30-05

November 30, 2005

**BY FAX**

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Gonzalo Salazar Oliveros, et al.</u>
      05 Cr. 1069 (___)

Dear Judge Fox:

A Grand Jury returned the above-referenced indictment on October 13, 2005. The indictment is currently sealed. A copy of it is enclosed. Seven of the eight defendants were arrested earlier today in Colombia. Accordingly, the Government respectfully requests that the indictment be unsealed.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Virginia L. Chavez
Assistant United States Attorney
Tel.: (212) 637-1037

SO ORDERED: 11/30/05

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK