

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2005

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

       Re:    **United States v. Oliveras et al.**
                   05 Cr. 1069 (___)

Dear Judge Katz:

       Attached please find a copy of the indictment in the above-referenced matter which was returned by the Grand Jury last Thursday, October 13, 2005. The Government inadvertently failed to request arrest warrants for the eight indicted defendants and respectfully requests that Your Honor issue the attached warrants. The indictment is under seal and can remain sealed after the arrest warrants are issued.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

       By:    _____
                /GLEN G. McGORTY
                Assistant United States Attorney
                (212) 637-2505

Attachments

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 0 2005