

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2006

**BY FACSIMILE**

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Gonzalo Salazar-Oliveros</u>
            05 Cr. 1069 (GEL)

Dear Judge Lynch:

    The above-referenced matter is currently scheduled for a pre-trial conference on Monday, December 18, 2006. Since our last appearance before Your Honor, the Government has produced discovery, including a copy of the CDs to both the Metropolitan Detention Center and the Metropolitan Correctional Center. In addition, two new defendants have arrived via extradition from Colombia. The Government has spoken directly with all counsel who wish additional time to review the discovery and contemplate a resolution to the case. <u>Accordingly, the parties request that the matter be adjourned to January 26, 2007, at 11:30 a.m.</u>, a date and time provided by Your Honor's Deputy Clerk. <u>The Government consents to this request as well, and further requests that, in the interests of justice, the Court exclude time under the Speedy Trial Act from December 18, 2006, through January 26, 2007.</u> All defense counsel have consented on their clients' behalf.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Glen G. McGorty/Virginia Chavez Romano
Assistant United States Attorneys
(212) 637-2505/1037

cc:    Defense counsel

SO ORDERED:

_____
Honorable Gerard E. Lynch, U.S.D.J., S.D.N.Y.

12/15/06