

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2007

**BY FACSIMILE**

MEMO ENDORSED

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/07
```

Re: **United States v. Gonzalo Salazar-Oliveros**
     05 Cr. 1069 (GEL)

Dear Judge Lynch:

The above-referenced matter is currently scheduled for a pre-trial conference on Friday, January 26, 2007. Since our last appearance before Your Honor, the defendants have been reviewing the voluminous discovery production in this case, including the more recent arrivals from Colombia. The Government has discussed resolutions extensively with defense counsel, and is drafting plea agreements as per those discussions. Safety valve proffers are also being scheduled. The parties all agree that additional time is in the best interest of the defendants in order to reach a resolution to the case without additional litigation. Accordingly, the parties request that the matter be adjourned to March 2, 2007 at 2 p.m., a date and time provided by Your Honor's Deputy Clerk. The Government further requests that, in the interests of justice, the Court exclude time under the Speedy Trial Act from January 26, 2007, through March 2, 2007. All defense counsel have consented on their clients' behalf.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Glen G. McGorty/Virginia Chavez Romano
Assistant United States Attorneys
(212) 637-2505/1037

\* Adjournment granted.
Time excluded, finding that need to
review complex discovery outweighs
parties' and public's interest in a
speedy trial and that exclusion is in
the interest of justice.

cc: Defense counsel

SO ORDERED:

_____
Honorable Gerard E. Lynch, U.S.D.J., S.D.N.Y.

1-24-07

Returned to chambers for scanning on  1-29-07
Scanned by chambers on 1/30/07

TOTAL P.02