UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                    :
:
      -v-                                                 :         05 Cr. 1069 (GEL)
:
GONZALO SALAZAR-OLIVEROS, et al.,                            :           ORDER
:
      Defendant.                                             :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      Upon the application of the government and on consent of defense counsel, the Court finds that the interests of justice are served by ordering an adjournment in this case, due to the government's need to review voluminous discovery, and outweigh the best interest of the defendants and the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1.     The conference in this case previously scheduled for April 12, 2007, is adjourned until June 1, 2007, @ 2:00 p.m.

2.     Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the period of time from April 13, 2007, through June 1, 2007, is excluded.

SO ORDERED.

Dated: New York, New York
       April 13, 2007

                                                                                   _____
                                                                                    GERARD E. LYNCH
                                                                     United States District Judge