```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :          05 Cr. 1069 (GEL)
        -v-                                           :
                                                      :               ORDER
GONZALO SALAZAR-OLIVEROS, et al.,                     :
                                                      :
                Defendants.                           :
                                                      :
------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/07

GERARD E. LYNCH, District Judge:

    Upon application of defense counsel and on consent of the government, the Court finds that the interests of justice are served by ordering an adjournment in this case, due to the defendants' need to review voluminous discovery, and outweigh the best interest of the defendants and the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1.     The conference in this case previously scheduled for June 20, 2007, is adjourned until July 23, 2007, at 10:30 a.m. The conference will be held on that date and will not be further adjourned. At the conference, the parties should be prepared to report on the progress of any plea negotiations and to set a trial date, if necessary.

2.     Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the period of time from June 20, 2007, through July 23, 2007, is excluded.

SO ORDERED.

Dated: New York, New York
       June 19, 2007

                                                      GERARD E. LYNCH
                                         United States District Judge