UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :           05 Cr. 1069 (GEL)
       -v-                                            :
                                                      :           **ORDER**
GONZALO SALAZAR-OLIVEROS, et al.,                     :
                                                      :
       Defendants.                                    :
                                                      :
------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    Upon application of the government, the Court finds that the interests of justice are served by ordering an adjournment in this case, due to ongoing plea negotiations, and outweigh the best interest of the defendants and the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The conference in this case previously scheduled for July 23, 2007, is adjourned until August 3, 2007, at 11:00 a.m. At the conference, the parties should be prepared to report on the progress of any plea negotiations and to set a trial date, if necessary.

2. Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the period of time from July 23, 2007, through August 3, 2007, is excluded.

SO ORDERED.

Dated: New York, New York
       June 29, 2007

                                                      _____
                                                         GERARD E. LYNCH
                                                      United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/29/07]