UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :
:
-v-                                :
:
GONZALO SALAZAR-OLIVEROS, et al.,  :
:
Defendants.                :
:
------------------------------------------------------------x

05 Cr. 1069 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Upon application of the government, the Court finds that the interests of justice are served by ordering an adjournment in this case, due to ongoing plea negotiations, and outweigh the best interest of the defendants and the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1.    The conference in this case previously scheduled for August 3, 2007, is adjourned until September 5, 2007, at 11:00 a.m.

2.    Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the period of time from August 3, 2007, through September 5, 2007, is excluded.

SO ORDERED.

Dated: New York, New York
       August 2, 2007

_____
GERARD E. LYNCH
United States District Judge